# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| JESSE YOAKUM, *et al.*, *on behalf of themselves and all others similarly situated,* ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:19-cv-00718-BP |
| GENUINE PARTS COMPANY, *et al.*, ) ) | |
| Defendants. ) | |

## DECLARATION OF TINA CHIANGO REGARDING DISSEMINATION AND PUBLICATION OF NOTICE TO THE CLASS AND REGARDING CLAIM FORMS SUBMITTED BY POTENTIAL CLASS MEMBERS IN CLASS SETTLEMENT AGREEMENT

I, Tina Chiango, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the Director of Claims Administration, Securities, and Antitrust for RG/2 Claims Administration LLC ("RG/2"), the Settlement Administrator retained in this matter, located at 30 S. 17th Street, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      RG/2 is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2's experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and

securities fraud allegations. Since 2000, RG/2 has administered and distributed in excess of $1.7 billion in class action settlements.

3. RG/2 is not related to or affiliated with any of the attorneys comprising Class Counsel or counsel for Defendants.

4. RG/2 was retained by the parties and approved by the Court to serve as Settlement Administrator for the Class Settlement Agreement in the above-referenced action, which includes amongst other tasks, disseminating notice to the class via first class mail or email; contracting and overseeing published notice; receiving and tracking requests for exclusion and objections; responding to Class Member inquiries; processing Claim Forms and evaluating Claims; and any additional tasks as the parties mutually agree upon or the Court orders RG/2 to perform.

5. The Notice plan for this Settlement involved direct mailed notice as well as notice published in print and digital media.

6. RG/2 received from Defendant GPC data files containing customer information, including names, purchase data, and in some cases email addresses and phone numbers. RG/2 reviewed the files received and removed any duplication.

7. On September 23, 2022, RG/2 arranged for the mailing of 109,814 Mailed Class Notices to Class Members via first class mail. A copy of letter is attached as **Exhibit A.** 6,378 of those Notices were returned by the USPS as undeliverable. Of those returned, 270 contained a forwarding address, which RG/2 used to immediately re-mail those Notices. RG/2 performed address verification searches (also referred to as "skip tracing") for those returned as undeliverable without a forwarding address. Re-mails were promptly sent to 319 Class Members via U.S. First Class mail at the updated addresses located via skip tracing. After these efforts, 5,789 remained undeliverable.

2

8.    Also on September 23, 2022, RG/2 emailed the information contained in the Mailed Class Notice to 124 Class Members who were identified in the Defendants' data as having purchased the products included in the Class Settlement Agreement, but did not include a mailing address but did include an email address.  A copy of the email notice is attached as **Exhibit B.**

9.    The Defendants' data included a large number of records that did not include a mailing address or an email address, but did include a phone number.  In an attempt to reach more Class Members, RG/2 had reverse phone searches done to obtain possible mailing addresses for these Class Members.   As a result of the reverse phone search, RG/2 mailed an additional 724 Mailed Class Notices on October 4, 2022.

10.    On December 13, 2022, RG/2 arranged for a Reminder Email to be sent to all Class Members in the Defendants' data for whom an email address was provided.  This Reminder Email was sent to 12,099 email addresses.  A copy of this Reminder Email is attached as **Exhibit C.**

11.    In addition to emailing and mailing the Notices, and in order to reach additional potential Settlement Class Members, RG/2 arranged for a Press Release of the Summary Notice through PRNewswire, as well as the Summary Notice to be published in the following publications beginning on August 25, 2022:

> **Progressive Farmer**
> **Farm & Ranch Living**
> **Farm Journal**
> **Successful Farming**

A copy of the Press Release and the Summary Notice published in these publications is attached hereto as **Exhibit D**. The total circulation of these publications is estimated at 1,265,973.

12.    RG/2 arranged for a Media campaign that included Facebook and Google Ads where potential Class Members could click on the add and be linked to the settlement website. Overall, this digital media campaign produced over five million impressions online.

13. All Notice and media referred to the Settlement website www.warrentractorhydraulicfluidsettlement.com, which was established by RG/2. The website includes the following:

 a. A "Homepage" containing a brief summary of the Settlement, advising potential Settlement Class Members of their rights under the Settlement, and containing links to pdfs of the Long Form Notice and Claim Form;

 b. An "Important Dates" page containing a list of the key dates and deadlines.

 c. A "Court Documents" page containing: the Settlement Agreement; the Motion for Preliminary Approval; the Preliminary Approval Order; the Long Form Notice (in English and Spanish); the Application for Incentive Awards, Attorneys' Fees and Expenses; and Suggestions in Support of Application for Incentive Awards, and Attorneys' Fees and Expenses; and the Declaration of Thomas Bender in Support of Application for Incentive Awards, and Attorneys' Fees and Expenses (any additional documents will be added as requested);

 d. A "Claims Filing" page containing links to the Claim Form portal. This page also contains a pdf version of the Claim Form for printing;

 e. An "FAQs" page containing various questions and answers pertaining to the Settlement; and

 f. A "Contact Us" page containing RG2's contact information for any questions or requests for information regarding the settlement.

14. RG/2 set up and made available at the settlement website, an online claims portal for the Claim Form. The claim portal was open as of August 22, 2022, and it remains open.

15. The deadline to submit a request for Exclusion to the Class Settlement was February 20, 2023. To date, RG/2 has received 1 timely Request for Exclusion. In addition, RG/2 received an email after this deadline on February 21, 2023 at 1:09 am from a Class Member attempting to opt-out.

16. The deadline to submit an Objection to the Class Settlement was also February 20, 2023. To date, RG/2 has not received or been made aware of any Objections to the Class Settlement.

4

17. Potential Class Members have submitted a total of 4,479 Claim Forms. Of these, 4,190 were submitted through the online claims portal and 289 were submitted via mail, fax or email. Of the 4,479 claimants who submitted Part A Claim Forms, 736 also submitted Part B Claim Forms.

18. The total number of fluid purchases claimed on the 4,479 Part A Claim Forms is as follows:

| | |
|---|---|
| 1,742 | One-Gallon Jugs |
| 1,183 | Two-Gallon Jugs |
| 72,660 | Five-Gallon Buckets |
| 1,123,626 | Fifty-Five Gallon Drums |

With regard to the 55-gallon drum purchases alleged by claimants, two online claims submitted by the same person were over one million claimed purchases.

19. The total amount requested on the 736 Part B Claim Forms is $17,724,007.39.

20. RG/2 and Class Counsel are in the process of reviewing and evaluating the claims submitted on the Claim Forms pursuant to the terms of the Settlement Agreement. Claim denial emails and/or letters will be sent to claimants whose claims are denied, and those claimants will be provided time to respond to the denial.

21. RG/2 previously proposed an estimate amount of $402,386 for the administration of this Settlement. RG/2 does not anticipate its fees and costs to be greater than the proposed amount.


Dated: February 22, 2023

_____
Tina Chiango

# EXHIBIT A

> **If You Purchased**
> NAPA *Quality* Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid, and/or Lubriguard Tractor Hydraulic and Transmission Oil ("Warren THF Products") from July 26, 2014 to the Present, **A Proposed Class Action Settlement May Affect Your Rights.**
>
> **READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DO NOT ACT.**
>
> **PLEASE CHECK www.warrentractorhydraulicfluidsettlement.com REGULARLY FOR UPDATES AND FURTHER DETAILS**

*Yoakum, et al. v. Genuine Parts Company, et al.*
Case No. 4:19-cv-00718-BP
(U.S. Dist. Court, W.D. Mo.)

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

La información detallada sobre el acuerdo propuesto y cómo enviar un formulario de reclamación está disponible en español en línea en www.warrentractorhydraulicfluidsettlement.com.

1. A class-action settlement was reached with Genuine Parts Company ("GPC") and Warren Oil Company, LLC, Warren Oil Company, Inc. and Warren Unilube, Inc. (collectively referred to as "Warren"), and their affiliates, divisions, subsidiaries, and assigns (collectively referred to as "Defendants") in the above-referenced class action lawsuit regarding tractor hydraulic fluid made by Warren which includes NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid, and Lubriguard Tractor Hydraulic and Transmission Oil (collectively referred to as "Warren THF Products").

2. In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet the equipment manufacturers' specifications or provide the performance benefits listed on the product labels, (2) that the Warren THF Products were made with inappropriate ingredients including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of the equipment. The Defendants have denied these allegations and any claims of wrongdoing.

3. This notice summarizes the Class Action Settlement (sometimes referred to herein as the "Proposed Settlement") For more detailed information please: (i) visit the settlement website at www.warrentractorhydraulicfluidsettlement.com where you can access settlement documents, including a Long Form Notice, the Settlement Agreement and Release, and a Claim Form to be completed to be eligible for an award based on purchases of Warren THF Products and any such damage you claim to have experienced, in whole or in part, due to the Warren THF Products; (ii) call the settlement hotline at 866-742-4955; (iii) contact Class Counsel; or (iv) access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://www.mow.uscourts.gov/, or by visiting the office of the Clerk of the Court for the United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays. Please do not telephone the Court or the Court Clerk's Office to inquire about this Proposed Settlement or the claim process.

4. You are be a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories, and/or the District of Columbia from July 26, 2014 to the present. If you are a Settlement Class Member, the Proposed Settlement may provide you with a cash award. It is not known at this time what any specific monetary award will be, but one component of the Plan of Allocation is based on the number of purchases during the Class Period. Therefore, if you have purchased Warren THF Products between July 26, 2014 and the present, you should complete a Claim Form (Part A). Under the Settlement Agreement, your general equipment damage portion of your claim will be valued as follows based on your Warren THF Product purchases: $25 for each 5-gallon bucket purchased; $10 for each 2-gallon jug; $5 for each 1-gallon jug; and $100 for each 55-gallon drum. Each Part A Claim is subject to a maximum $200 monetary award unless receipts or other acceptable proof of purchases are provided.

5.  In addition to this monetary relief based on the number of purchases during the Class Period, if you have experienced any repairs/parts/specific equipment damage that you believe are related, in whole or in part, to your use of the Warren THF Products you may be entitled to an additional award. If you have experienced any repairs/parts/specific equipment damage that you believe are related, in whole or in part, to the use of the Warren THF Products, you should also complete a Part B of the Claim Form regarding any Repairs/Parts/Specific Equipment Damage. Each Part B Claim is subject to a maximum $5,000 monetary award unless receipts or other acceptable proof of repairs, parts, specific damage are provided.

6.  The Claim Form is available at www.warrentractorhydraulicfluidsettlement.com or by calling the Settlement Administrator at 866-742-4955.

## IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS:

| *ACTION* | | *DUE DATE* |
|---|---|---|
| **Do Nothing** | If you do nothing, you will be bound by the Proposed Settlement (if approved), you will have released your claims, but you will not receive a monetary award. | |
| **Submit Part A of Claim Form** | If you purchased Warren THF Products during the Class Period, you can timely submit Part A of the Claim Form to the Settlement Administrator. To submit a Claim Form, go to www.warrentractorhydraulicfluidsettlement.com or call 866-742-4955. | *By February 20, 2023* |
| **Submit Part B of Claim Form** | If you purchased Warren THF Products during the Class Period and if you complete and submit Part A of the Claim Form, you may also complete and submit Part B of the Claim Form regarding the repairs, parts, and damage you claim to your equipment caused, in whole or in part, by the Warren THF Products. To submit such a Claim Form, go to www.warrentractorhydraulicfluidsettlement.com or call 866-742-4955. | *By February 20, 2023* |
| **Exclude Yourself** | You may request to be excluded from the Settlement Class by timely submitting a request in writing to the Settlement Administrator. If you do this, you will not receive any of the benefits provided by the Proposed Settlement and you may not object to the Proposed Settlement. You will, however, keep your right to sue the Retailer regarding the claims asserted in the class action. | *By February 20, 2023* |
| **Object** | You may object to the Proposed Settlement by submitting a valid and timely objection to the Court and counsel for the parties. If you object, you must still timely submit a valid Claim Form – Part A and/or Part B by the date specified above in order to receive an award. You may object to the Settlement only if submit a valid Part A Claim Form and if you **do not** exclude yourself by the date listed immediately above. | *By February 20, 2023* |

2

Warren THF Settlement
c/o RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

Electronic Service
Requested



NUMERIC EQUIVALENT

Notice ID: ‹‹Notice ID››

‹‹Name1››
‹‹Name2››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹St› ‹‹Zip››

# EXHIBIT B

| | |
|---|---|
| **From:** | RG2/Claims |
| **Sent:** | Friday, September 23, 2022 3:01 PM |
| **To:** | Chiango, Tina M. |
| **Subject:** | Warren THF Settlement |

---

**If You Purchased**
NAPA *Quality* Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid, and/or Lubriguard Tractor Hydraulic and Transmission Oil ("Warren THF Products") from July 26, 2014 to the Present,
A Proposed Class Action Settlement May Affect Your Rights.

---

READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DO NOT ACT.
PLEASE CHECK www.warrentractorhydraulicfluidsettlement.com REGULARLY FOR UPDATES AND FURTHER DETAILS

---

*Yoakum, et al. v. Genuine Parts Company, et al.*
**Case No. 4:19-cv-00718-BP**
**(U.S. Dist. Court, W.D. Mo.)**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**La información detallada sobre el acuerdo propuesto y cómo enviar un formulario de reclamación está disponible en español en línea en www.warrentractorhydraulicfluidsettlement.com.**

1. A class-action settlement was reached with Genuine Parts Company ("GPC") and Warren Oil Company, LLC, Warren Oil Company, Inc. and Warren Unilube, Inc. (collectively referred to as "Warren"), and their affiliates, divisions, subsidiaries, and assigns (collectively referred to as "Defendants") in the above-referenced class action lawsuit regarding tractor hydraulic fluid made by Warren which includes NAPA *Quality* Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid, and Lubriguard Tractor Hydraulic and Transmission Oil (collectively referred to as "Warren THF Products").

2. In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet the equipment manufacturers' specifications or provide the performance benefits listed on the product labels, (2) that the Warren THF Products were made with inappropriate ingredients including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of the equipment. The Defendants have denied these allegations and any claims of wrongdoing.

3. This notice summarizes the Class Action Settlement (sometimes referred to herein as the "Proposed Settlement") For more detailed information please: (i) visit the settlement website at www.warrentractorhydraulicfluidsettlement.com where you can access settlement documents, including a Long Form Notice, the Settlement Agreement and Release, and a Claim Form to be completed to be eligible for an award based on purchases of Warren THF Products and any such damage you claim to have experienced, in whole or in part, due to the Warren THF Products; (ii) call the settlement hotline at 866-742-4955; (iii) contact Class Counsel; or (iv) access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://www.mow.uscourts.gov/, or by visiting the office of the Clerk of the Court for the United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:30 p.m., Monday through Friday, excluding Court

holidays. Please do not telephone the Court or the Court Clerk's Office to inquire about this Proposed Settlement or the claim process.

4.  You are be a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories, and/or the District of Columbia from July 26, 2014 to the present. If you are a Settlement Class Member, the Proposed Settlement may provide you with a cash award. It is not known at this time what any specific monetary award will be, but one component of the Plan of Allocation is based on the number of purchases during the Class Period. Therefore, if you have purchased Warren THF Products between July 26, 2014 and the present, you should complete a Claim Form (Part A). Under the Settlement Agreement, your general equipment damage portion of your claim will be valued as follows based on your Warren THF Product purchases: $25 for each 5-gallon bucket purchased; $10 for each 2-gallon jug; $5 for each 1-gallon jug; and $100 for each 55-gallon drum. Each Part A Claim is subject to a maximum $200 monetary award unless receipts or other acceptable proof of purchases are provided.

5.  In addition to this monetary relief based on the number of purchases during the Class Period, if you have experienced any repairs/parts/specific equipment damage that you believe are related, in whole or in part, to your use of the Warren THF Products you may be entitled to an additional award. If you have experienced any repairs/parts/specific equipment damage that you believe are related, in whole or in part, to the use of the Warren THF Products, you should also complete a Part B of the Claim Form regarding any Repairs/Parts/Specific Equipment Damage. Each Part B Claim is subject to a maximum $5,000 monetary award unless receipts or other acceptable proof of repairs, parts, specific damage are provided.

6.  The Claim Form is available at **www.warrentractorhydraulicfluidsettlement.com** or by calling the Settlement Administrator at 866-742-4955.

## IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS:

2

| ACTION | | DUE DATE |
|---|---|---|
| **Do Nothing** | If you do nothing, you will be bound by the Proposed Settlement (if approved), you will have released your claims, but you will not receive a monetary award. | |
| **Submit Part A of Claim Form** | If you purchased Warren THF Products during the Class Period, you can timely submit Part A of the Claim Form to the Settlement Administrator. To submit a Claim Form, go to **www.warrentractorhydraulicfluidsettlement.com** or call 866-742-4955. | *By* <br><br> *February 20, 2023* |
| **Submit Part B of Claim Form** | If you purchased Warren THF Products during the Class Period and if you complete and submit Part A of the Claim Form, you may also complete and submit Part B of the Claim Form regarding the repairs, parts, and damage you claim to your equipment caused, in whole or in part, by the Warren THF Products. To submit such a Claim Form, go to **www.warrentractorhydraulicfluidsettlement.com** or call 866-742-4955. | *By* <br><br> *February 20, 2023* |
| **Exclude Yourself** | You may request to be excluded from the Settlement Class by timely submitting a request in writing to the Settlement Administrator. If you do this, you will not receive any of the benefits provided by the Proposed Settlement and you may not object to the Proposed Settlement. You will, however, keep your right to sue the Retailer regarding the claims asserted in the class action. | *By* <br><br> *February 20, 2023* |
| **Object** | You may object to the Proposed Settlement by submitting a valid and timely objection to the Court and counsel for the parties. If you object, you must still timely submit a valid Claim Form – Part A and/or Part B by the date specified above in order to receive an award. You may object to the Settlement only if submit a valid Part A Claim Form and if you **do not** exclude yourself by the date listed immediately above. | *By* _ <br><br> *February 20, 2023* |

3

# EXHIBIT C

## Warren Tractor Fluid Settlement.

1 message

**RG2 Claims** <RG2Claims@rg2claims.maildel.com>
Reply-To: RG2 Claims <reply-341062.351539@rg2claims.maildel.com>
To: chiangohockey@gmail.com

Tue, Dec 13, 2022 at 10:04 AM

You are receiving this email because you have been identified as a purchaser of 303 Tractor Hydraulic Fluid who is entitled to recovery of money as a result of a class action lawsuit settlement. You may be entitled to money for a refund of the purchase price paid for the fluid, and money for repairs/damages to your equipment as a result of using the 303 Tractor Hydraulic Fluid. This email is to remind you that in order to receive the money to which you may be entitled under the terms of the settlement, you must submit a claim. February 20, 2023 is deadline for submitting claims for purchases of the 303 Tractor Hydraulic fluid and for repairs/damages to equipment. The specific fluids involved are: Carquest 303 Tractor Hydraulic Fluid; Coastal 303 Tractor Hydraulic Fluid; Lubriguard Tractor Hydraulic and Transmission Oil; NAPA*Quality* Tractor Hydraulic & Transmission Fluid; and, Warren 303 Tractor Fluid. The federal court case is *Yoakum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP (W.D. Mo.), and you can get more information on the website at www.warrentractorhydraulicfluidsettlement.com. If you have any questions or would like assistance in submitting your claim, please contact class counsel: 816-595-7721 or dhubbard@hab-law.com.

Best Regards
RG/2 Claims Administration LLC

Click here to stop future mailings.

# EXHIBIT D

# LEGAL NOTICE: Notice of Proposed Class Action Settlement By RG/2

NEWS PROVIDED BY

**RG/2** ➔

Aug 25, 2022, 10:00 ET

PHILADELPHIA, Aug. 25, 2022 /PRNewswire/ --

**READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.**

**If you purchased NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil between July 26, 2014 and the present, a Class Action Settlement Could Affect Your Rights.**

The purpose of this notice is to inform you that a $10,850,000.00 class-action settlement (the "Proposed Settlement") has been reached with the Defendants in a lawsuit regarding the sale and use of NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil (Warren THF Products) in the United States and/or its territories, at any point in time from July 26, 2014.

The Proposed Settlement may affect your rights. For comprehensive information about the lawsuit and settlement, including the longer notice of Settlement and the Settlement Agreement with the precise terms and conditions of the Settlement, please see **www.warrentractorhydraulicfluidsettlement.com** or call 866-742-4955. You may also access

the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at www.mow.uscourts.gov, or by visiting the office of the Clerk of Court, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The lawsuit is titled *Yoakum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP, pending before the Honorable Judge Beth Phillips in the United States District Court for the Western District of Missouri. Please do not telephone the Court or the Court Clerk's office to inquire about the Proposed Settlement or claim process.

In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet equipment manufacturers' specifications or provide performance benefits listed on product labels, (2) that the Warren THF Products were made with inappropriate ingredients, including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of equipment. Defendants deny any allegations and claims of wrongdoing on their part. The Court has not decided who is right or made a final ruling on Plaintiffs' claims. Plaintiffs and Defendants have agreed to the Proposed Settlement to avoid risk and expense of further litigation.

You are a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories and/or the District of Columbia from July 26, 2014 to the present. If you purchased any of the Warren THF Products during that time, you need to submit a claim form – Part A to be eligible for benefits. You also may be eligible to submit a claim form – Part B for repairs, parts and/or specific equipment damage. Please see **www.warrentractorhydraulicfluidsettlement.com** for a copy of the claim form and mailed class notice or call 866-742-4955 to request that a claim form and mailed class notice be mailed to you. Deadline to file your claim is February 20, 2023.

If you do not want to be legally bound by the Proposed Settlement, you must exclude yourself by February 20, 2023. If you do not exclude yourself, you will release any claims you may have against the Defendants, as more fully described in the Settlement Agreement. You may object to the Proposed Settlement by February 20, 2023. The Long Form Notice, available at www.warrentractorhydraulicfluidsettlement.com or upon request, explains how to exclude yourself or object.

The Court will decide whether to approve the Proposed Settlement at the Final Fairness Hearing on March 9, 2023 at 1:30 p.m. Class Counsel also will ask that the Court award up to $3,530,330.00 in attorneys' fees, $250,000.00 in expenses and an incentive payment not to exceed $7,500 for each of the class representatives. The amounts awarded for attorneys' fees, expenses and incentive awards come out of the Settlement Class Fund. This hearing date may change; see **www.warrentractorhydraulicfluidsettlement.com**.

**BY ORDER OF U.S. DISTRICT COURT**

**A federal court authorized this notice. This is not a lawyer's solicitation.**

SOURCE RG/2

For Advertising Information, contact Tony Green, 205-414-4733 or tony-green@dtn.com

# SUMMARY CLASS NOTICE

**If you purchased NAPA Quality Tractor Hydraulic &
Transmission Fluid, Warren 303 Tractor Fluid, Carquest
303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid
and/or Lubriguard Tractor Hydraulic and Transmission
Oil between July 26, 2014 and the present,
a Class Action Settlement Could Affect Your Rights**

---

### READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

#### This is not a solicitation from a lawyer.

The purpose of this notice is to inform you that a $10,850,000.00 class-action settlement (the "Proposed Settlement") has been reached with the Defendants in a lawsuit regarding the sale and use of NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil (Warren THF Products) in the United States and/or its territories, at any point in time from July 26, 2014.

The Proposed Settlement may affect your rights. For comprehensive information about the lawsuit and settlement, including the longer notice of Settlement and the Settlement Agreement with the precise terms and conditions of the Settlement, please see www.warrentractorhydraulicfluidsettlement.com or call 866-742-4955. You may also access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at www.mow.uscourts.gov, or by visiting the office of the Clerk of Court, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The lawsuit is titled *Yoakum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP, pending before the Honorable Judge Beth Phillips in the United States District Court for the Western District of Missouri. Please do not telephone the Court or the Court Clerk's office to inquire about the Proposed Settlement or claim process.

In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet equipment manufacturers' specifications or provide performance benefits listed on product labels, (2) that the Warren THF Products were made with inappropriate ingredients, including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of equipment. Defendants deny any allegations and claims of wrongdoing on their part. The Court has not decided who is right or made a final ruling on Plaintiffs' claims. Plaintiffs and Defendants have agreed to the Proposed Settlement to avoid risks and expense of further litigation.

You are a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories and/or the District of Columbia from July 26, 2014 to the present. If you purchased any of the Warren THF Products during that time, you need to submit a claim form – Part A to be eligible for benefits. You also may be eligible to submit a claim form – Part B for repairs, parts and/or specific equipment damage. Please see www.warrentractorhydraulicfluidsettlement.com for a copy of the claim form and mailed class notice or call 866-742-4955 to request that a claim form and mailed class notice be mailed to you. Deadline to file your claim is February 20, 2023.

If you do not want to be legally bound by the Proposed Settlement, you must exclude yourself by February 20, 2023. If you do not exclude yourself, you will release any claims you may have against the Defendants, as more fully described in the Settlement Agreement. You may object to the Proposed Settlement by February 20, 2023. The Long Form Notice, available at www.warrentractorhydraulicfluidsettlement.com or upon request, explains how to exclude yourself or object.

The Court will decide whether to approve the Proposed Settlement at the Final Fairness Hearing on March 9, 2023 at 1:30 p.m. Class Counsel also will ask that the Court award up to $3,530,330.00 in attorneys' fees, $250,000.00 in expenses and an incentive payment not to exceed $7,500 for each of the class representatives. The amounts awarded for attorneys' fees, expenses and incentive awards come out of the Settlement Class Fund. This hearing date may change; see www.warrentractorhydraulicfluidsettlement.com.

#### BY ORDER OF U.S. DISTRICT COURT

Bayer is a member of Excellence Through Stewardship® (ETS). Bayer products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Bayer's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. Commercialized products have been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Excellence Through Stewardship® is a registered trademark of Excellence Through Stewardship.

ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. It is a violation of federal and state law to use any pesticide product other than in accordance with its labeling. NOT ALL formulations of dicamba, glyphosate or glufosinate are approved for in-crop use with products with XtendFlex® Technology. ONLY USE FORMULATIONS THAT ARE SPECIFICALLY LABELED FOR SUCH USES AND APPROVED FOR SUCH USE IN THE STATE OF APPLICATION. Contact the U.S. EPA and your state pesticide regulatory agency with any questions about the approval status of dicamba herbicide products for in-crop use with products with XtendFlex® Technology.

Products with XtendFlex® Technology contains genes that confer tolerance to glyphosate, glufosinate and dicamba. Glyphosate will kill crops that are not tolerant to glyphosate. Dicamba will kill crops that are not tolerant to dicamba. Glufosinate will kill crops that are not tolerant to glufosinate. Contact your seed brand dealer or refer to the Bayer Technology Use Guide for recommended weed control programs.

Bayer, Bayer Cross, Roundup Ready 2 Xtend®, Roundup Ready 2 Yield®, Roundup Ready® and XtendFlex® are registered trademarks of Bayer Group. LibertyLink® and the Water Droplet Design® is a trademark of BASF Corporation. ©2022 Bayer Group. All rights reserved.





# SUMMARY CLASS NOTICE

## If you purchased NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil between July 26, 2014 and the present, a Class Action Settlement Could Affect Your Rights

### READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

### This is not a solicitation from a lawyer.

The purpose of this notice is to inform you that a $10,850,000.00 class-action settlement (the "Proposed Settlement") has been reached with the Defendants in a lawsuit regarding the sale and use of NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil (Warren THF Products) in the United States and/or its territories, at any point in time from July 26, 2014.

The Proposed Settlement may affect your rights. For comprehensive information about the lawsuit and settlement, including the longer notice of Settlement and the Settlement Agreement with the precise terms and conditions of the Settlement, please see www.warrentractorhydraulicfluidsettlement.com or call 866-742-4955. You may also access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at www.mow.uscourts.gov, or by visiting the office of the Clerk of Court, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The lawsuit is titled *Yoakum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP, pending before the Honorable Judge Beth Phillips in the United States District Court for the Western District of Missouri. Please do not telephone the Court or the Court Clerk's office to inquire about the Proposed Settlement or claim process.

In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet equipment manufacturers' specifications or provide performance benefits listed on product labels, (2) that the Warren THF Products were made with inappropriate ingredients, including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of equipment. Defendants deny any allegations and claims of wrongdoing on their part. The Court has not decided who is right or made a final ruling on Plaintiffs' claims. Plaintiffs and Defendants have agreed to the Proposed Settlement to avoid risk and expense of further litigation.

You are a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories and/or the District of Columbia from July 26, 2014 to the present. If you purchased any of the Warren THF Products during that time, you need to submit a claim form – Part A to be eligible for benefits. You also may be eligible to submit a claim form – Part B for repairs, parts and/or specific equipment damage. Please see www.warrentractorhydraulicfluidsettlement.com for a copy of the claim form and mailed class notice or call 866-742-4955 to request that a claim form and mailed class notice be mailed to you. Deadline to file your claim is February 20, 2023.

If you do not want to be legally bound by the Proposed Settlement, you must exclude yourself by February 20, 2023. If you do not exclude yourself, you will release any claims you may have against the Defendants, as more fully described in the Settlement Agreement. You may object to the Proposed Settlement by February 20, 2023. The Long Form Notice, available at www.warrentractorhydraulicfluidsettlement.com or upon request, explains how to exclude yourself or object.

The Court will decide whether to approve the Proposed Settlement at the Final Fairness Hearing on March 9, 2023 at 1:30 p.m. Class Counsel also will ask that the Court award up to $3,530,330.00 in attorneys' fees, $250,000.00 in expenses and an incentive payment not to exceed $7,500 for each of the class representatives. The amounts awarded for attorneys' fees, expenses and incentive awards come out of the Settlement Class Fund. This hearing date may change; see www.warrentractorhydraulicfluidsettlement.com.

### BY ORDER OF U.S. DISTRICT COURT



**Creative Design** — Operated Since 1978

- On-Farm or Commercial Storage Facilities
- In-House Engineering for Custom Design Bins
- Flexible and Specific Customization
- 14-150+ Ton or 550-6,000 Bushels

Gridley, Kansas　　620-427-4200

**www.fcsmfg.com**

EZ Dual Changer


MADE IN USA
High Clearance Sprayer Jack


Hydraulic Wheel Dolly


Industrial Wheel Mover


**Bierman Inc.** 712-324-1930
Watch demo at www.dualchanger.com


**TRASH REEL** 515.408.4949
The "mini corn reel" *GUARANTEED* to clear fluff and trash from your cornhead
**www.trashreel.com**


## SUMMARY CLASS NOTICE

If you purchased NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil between July 26, 2014 and the present, a Class Action Settlement Could Affect Your Rights

### READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

#### This is not a solicitation from a lawyer.

The purpose of this notice is to inform you that a $10,650,000.00 class-action settlement (the "Proposed Settlement") has been reached with the Defendants in a lawsuit regarding the sale and use of NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil (Warren THF Products) in the United States and/or its territories, at any point in time from July 26, 2014.

The Proposed Settlement may affect your rights. For comprehensive information about the lawsuit and settlement, including the longer notice of Settlement and the Settlement Agreement with the precise terms and conditions of the Settlement, please see www.warrentractorhydraulicfluidsettlement.com or call 866-742-4555. You may also access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at www.mow.uscourts.gov, or by visiting the office of the Clerk of Court, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The lawsuit is titled *Wallsum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP, pending before the Honorable Judge Beth Phillips in the United States District Court for the Western District of Missouri. Please do not telephone the Court or the Court Clerk's office to inquire about the Proposed Settlement or claim process.

In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet equipment manufacturers' specifications or provide performance benefits listed on product labels, (2) that the Warren THF Products were made with inappropriate ingredients, including low flash, and (3) that use of the Warren THF Products in equipment causes damage to various parts of equipment. Defendants deny any allegations and claims of wrongdoing on their part. The Court has not decided who is right or made a final ruling on Plaintiffs' claims. Plaintiffs and Defendants have agreed to the Proposed Settlement to avoid risk and expense of further litigation.

You are a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories and/or the District of Columbia from July 26, 2014 to the present. If you purchased any of the Warren THF Products during that time, you need to submit a claim form – Part A to be eligible for benefits. You also may be eligible to submit a claim form – Part B for repairs, parts and/or specific equipment damage. Please see www.warrentractorhydraulicfluidsettlement.com for a copy of the claim form and mailed class notice or call 866-742-4555 to request that a claim form and mailed class notice be mailed to you. Deadline to file your claim is February 20, 2023.

If you do not want to be legally bound by the Proposed Settlement, you must exclude yourself by February 20, 2023. If you do not exclude yourself, you will release any claims you may have against the Defendants, as more fully described in the Settlement Agreement. You may object to the Proposed Settlement by February 20, 2023. The Long Form Notice, available at www.warrentractorhydraulicfluidsettlement.com or upon request, explains how to exclude yourself or object.

The Court will decide whether to approve the Proposed Settlement at the Final Fairness Hearing on March 9, 2023 at 1:30 p.m. Class Counsel also will ask that the Court award up to $3,550,330.00 in attorneys' fees, $250,000.00 in expenses and an incentive payment not to exceed $7,500 for each of the class representatives. The amounts awarded for attorneys' fees, expenses and incentive awards come out of the Settlement Class Fund. This hearing date may change; see www.warrentractorhydraulicfluidsettlement.com.

#### BY ORDER OF U.S. DISTRICT COURT



**FARM JOURNAL** — AUTONOMY IN ACTION

Do you have questions about your Farm Journal subscription?

Let us help!
1-800-331-9310

**If you purchased NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil between July 26, 2014 and the present, a Class Action Settlement Could Affect Your Rights**

---

**READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.**

**This is not a solicitation from a lawyer.**

The purpose of this notice is to inform you that a $10,850,000.00 class-action settlement (the "Proposed Settlement") has been reached with the Defendants in a lawsuit regarding the sale and use of NAPA Quality Tractor Hydraulic & Transmission Fluid, Warren 303 Tractor Fluid, Carquest 303 Tractor Hydraulic Fluid, Coastal 303 Tractor Fluid and/or Lubriguard Tractor Hydraulic and Transmission Oil (Warren THF Products) in the United States and/or its territories, at any point in time from July 26, 2014.

The Proposed Settlement may affect your rights. For comprehensive information about the lawsuit and settlement, including the longer notice of Settlement and the Settlement Agreement with the precise terms and conditions of the Settlement, please see www.warrentractorhydraulicfluidsettlement.com or call 866-742-4955. You may also access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at www.mow.uscourts.gov, or by visiting the office of the Clerk of Court, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, 64106, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The lawsuit is titled *Yoakum, et al. v. Genuine Parts Company, et al.*, Case No. 4:19-cv-00718-BP, pending before the Honorable Judge Beth Phillips in the United States District Court for the Western District of Missouri. Please do not telephone the Court or the Court Clerk's office to inquire about the Proposed Settlement or claim process.

In the lawsuit, Plaintiffs allege (1) that the Warren THF Products did not meet equipment manufacturers' specifications or provide performance benefits listed on product labels, (2) that the Warren THF Products were made with inappropriate ingredients, including line flush, and (3) that use of the Warren THF Products in equipment causes damage to various parts of equipment. Defendants deny any allegations and claims of wrongdoing on their part. The Court has not decided who is right or made a final ruling on Plaintiffs' claims. Plaintiffs and Defendants have agreed to the Proposed Settlement to avoid risk and expense of further litigation.

You are a member of the Settlement Class if you purchased the above-listed Warren THF Products in the United States, its territories and/or the District of Columbia from July 26, 2014 to the present. If you purchased any of the Warren THF Products during that time, you need to submit a claim form – Part A to be eligible for benefits. You also may be eligible to submit a claim form – Part B for repairs, parts and/or specific equipment damage. Please see www.warrentractorhydraulicfluidsettlement.com for a copy of the claim form and mailed class notice or call 866-742-4955 to request that a claim form and mailed class notice be mailed to you. Deadline to file your claim is February 20, 2023.

If you do not want to be legally bound by the Proposed Settlement, you must exclude yourself by February 20, 2023. If you do not exclude yourself, you will release any claims you may have against the Defendants, as more fully described in the Settlement Agreement. You may object to the Proposed Settlement by February 20, 2023. The Long Form Notice, available at www.warrentractorhydraulicfluidsettlement.com or upon request, explains how to exclude yourself or object.

The Court will decide whether to approve the Proposed Settlement at the Final Fairness Hearing on March 9, 2023 at 1:30 p.m. Class Counsel also will ask that the Court award up to $3,530,330.00 in attorneys' fees, $250,000.00 in expenses and an incentive payment not-to exceed $7,500 for each of the class representatives. The amounts awarded for attorneys' fees, expenses and incentive awards come out of the Settlement Class Fund. This hearing date may change; see www.warrentractorhydraulicfluidsettlement.com.

**BY ORDER OF U.S. DISTRICT COURT**